Peter Kristofer Strojnik, State Bar No. 242728
pstrojnik@strojniklaw.com
**THE STROJNIK FIRM LLC**
Esplanade Center III, Suite 700
2415 East Camelback Road
Phoenix, Arizona 85016
Telephone:  (602) 510-9409
Facsimile:   (602) 865-7788

Attorneys for Plaintiff THERESA BROOKE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE, a married woman dealing with her sole and separate claim,<br><br>Plaintiff,<br><br>vs.<br><br>GIERE FAMILY I80 & MADISON SERIES, LLC,<br><br>Defendant. | Case No: 2:18-cv-02086-KJM-KJN<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

   NOTICE IS HEREBY GIVEN that Plaintiff Theresa Brooke dismisses the above action with prejudice; each party to bear her/its own costs and attorneys' fees.

   RESPECTFULLY SUBMITTED this 25th day of September, 2018.

                              **THE STROJNIK FIRM L.L.C.**

                              _____
                              Peter Kristofer Strojnik (242728)
                              Attorneys for Plaintiff THERESA BROOKE